He claims this violates 8 U.S.C. § 1229(a)(1), which provides that written notice of removal proceedings must include, among other things, the time and place the proceedings will be held. § 1229(a)(1)(G)(i). Because Ali did not contest his removability to the immigration judge, he cannot argue now that the judge lacked jurisdiction to find him removable. *See Sohani v. Gonzales,* 191 Fed.Appx. 258, 259 (5th Cir.2006) (citing *Qureshi v. Gonzales,* 442 F.3d 985, 990 (7th Cir. 2006)).

The petition for review is DENIED.

### Vijaylakshmi MALANI, Plaintiff–Appellant,

v.

### State of LOUISIANA through the DEPARTMENT OF AGRICULTURE AND FORESTRY, Defendant–Appellee.

#### No. 05–30676.

United States Court of Appeals, Fifth Circuit.

Sept. 12, 2006.

Vijaylakshmi Malani, Prairieville, LA, pro se.

Clarence James Gelpi, David Sean McFadden, Gelpi & Associates, New Orleans, LA, for Defendant–Appellee.

Before BARKSDALE, BENAVIDES, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

### Michael S. REID, Plaintiff–Appellant,

v.

### Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

#### No. 06–30179
#### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 13, 2006.

Nina Carol Coleman, Legal Services of North Louisiana, Natchitoches, LA, for Plaintiff–Appellant.

John A. Broadwell, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, for Defendant–Appellee.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Michael S. Reid ("Reid") filed a claim under the Social Security Act for Disability

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be